**JOHN DOUGLAS BARR** ............... California State Bar No. 40663
**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California 96099-4390
Telephone: (530) 243-8008
Facsimile: (530) 243-1648

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOB STEELE, a Dependent Adult, by and through his Guardian ad Litem, David Steele, Heir at Law and Successor in Interest to DIANA STEELE, Deceased; <br><br> MICHAEL ELLIOTT, Heir and Law and Successor in Interest to DANIEL LEE ELLIOT II, Deceased, and DIANA STEELE, Deceased; <br><br> G.E., a Minor, by and through his Guardian ad Litem, ALMA FEITELBERG, Heir and Law and Successor in Interest to DANIEL LEE ELLIOT II, Deceased, and DIANA STEELE, Deceased; <br><br> M.E., a Minor, by and through her Guardian ad Litem, LATISHA CORNWALL, Heir and Law and Successor in Interest to DANIEL LEE ELLIOT II, Deceased, and DIANA STEELE, Deceased, <br><br>       Plaintiff, <br><br>       vs. <br><br> COUNTY OF TEHAMA; TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and official capacity as Sheriff for the County of Tehama Sheriff Department; | Case No. 2:18-CV-02927-TLN-DMC <br><br> **ORDER ON PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

**Petition for Order for Appointment of Guardian ad Litem Re Dependent Adult**

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

ASSISTANT SHERIFF PHIL JOHNSTON;
in his individual and official capacity as
Assistant Sheriff for the County of Tehama
Sheriff Department;
SUCCESSOR IN INTEREST OR ESTATE OF
KEVIN NEAL and
THE RANCHO TEHAMA ASSOCIATION
INC.,

        Defendants.

The petition for an order appointing DAVID STEELE as guardian ad litem for BOB STEELE, a dependent adult, is **GRANTED**.

Dated: November 28, 2018

_____
Troy L. Nunley
United States District Judge