**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**..................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ELLIOTT, Heir and Law and Successor in Interest to DANIEL LEE ELLIOT II, Deceased, and DIANA STEELE, Deceased; <br><br> G.E., a Minor, by and through his Guardian ad Litem, ALMA FEITELBERG, Heir and Law and Successor in Interest to DANIEL LEE ELLIOTT II, Deceased, and DIANA STEELE, Deceased; <br><br> M.E., a Minor, by and through her Guardian ad Litem, LATISHA CORNWALL, Heir and Law and Successor in Interest to DANIEL LEE ELLIOTT II, Deceased, and DIANA STEELE, Deceased, <br><br>      Plaintiffs, <br><br>      vs. <br><br> COUNTY OF TEHAMA; TEHAMA COUNTY SHERIFFS' OFFICE; SHERIFF DAVE HENCRATT, in his individual and official capacity as Sheriff for the County of Tehama Sheriff Department; ASSISTANT SHERIFF PHIL JOHNSTON; in his individual and official capacity as Assistant Sheriff for the County of Tehama | **No. 2:18-CV-02927-TLN-DMC** <br><br> **ORDER RE: STIPULATION TO PERMIT PLAINTIFFS TO FILE A <u>SECOND AMENDED COMPLAINT</u> IN ELLIOTT, ET AL. V. COUNTY OF TEHAMA, ET AL.** |

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
Order Re Stipulation to Permit Plaintiffs to File a Second Amended Complaint

| | |
|---|---|
| 1 | Sheriff Department; |
| 2 | SUCCESSOR IN INTEREST OR ESTATE OF KEVIN NEAL; |
| 3 | THE RANCHO TEHAMA ASSOCIATION INC., and |
| 4 | JOHN/JANE DOES 1-20, |
| 5 | Defendants. |

**IT IS HEREBY ORDERED**, per Stipulation by the parties, that plaintiffs may file a Second Amended Complaint in the above-captioned matter.

**IT IS FURTHER ORDERED** that, per prior Stipulation by the parties, a responsive pleading to the Second Amended Complaint is due no later than January 4, 2021.

**IT IS SO ORDERED.**

DATED: October 7, 2020

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
Order Re Stipulation to Permit Plaintiffs to File a Second Amended Complaint