1  **TROY DOUGLAS MUDFORD ..... California State Bar No. 156392**
   **ESTEE LEWIS..................................California State Bar No. 268358**
2  **CATHLEEN THERESA BARR ....... California State Bar No. 295538**
   **BRANDON STORMENT ...............California State Bar No. 267260**
3  **BARR & MUDFORD, LLP**
   1824 Court Street/Post Office Box 994390
4  Redding, California   96099-4390
   Telephone:  (530) 243-8008
5  Facsimile:  (530) 243-1648

6

7  Attorneys for Plaintiffs

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
   MICHAEL ELLIOTT, Heir and Law and          **No.  2:18-CV-02927-TLN-DMC**
12 Successor in Interest to DANIEL LEE
   ELLIOT II, Deceased, and                   **ORDER RE: STIPULATION TO**
13 DIANA STEELE, Deceased; et al.,            **EXTEND TIME FOR PLAINTIFFS TO**
                                              **FILE A FURTHER AMENDED**
14          Plaintiffs,                       **COMPLAINT OR REQUEST FOR FINAL**
                                              **ORDER**
15          vs.

16
   COUNTY OF TEHAMA; et al.,
17
            Defendants.
18

19

20        **IT IS HEREBY ORDERED**, per Stipulation by the Parties, that the time for Plaintiffs to

21 file an Amended Complaint or Request for Final Order is extended for sixty (60) additional days,

22 to December 3, 2021.

23        **IT IS SO ORDERED.**

24

25
   DATED:  October 1, 2021
26                                            _____
                                              Troy L. Nunley
27                                            United States District Judge

28

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order Re Stip. to Extend Time to File Amended Complaint or Req. for Final Order**